**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

PABLO SOBALVARRO HURTADO,

Petitioner,

v. No. 1:26-cv-03367-MLG-JHR

WARDEN, Cibola County Correctional Center; et al,

Respondents.

**ORDER PARTIALLY GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND ORDERING A BOND HEARING**

This matter is before the Court on Petitioner Pablo Sobalvarro Hurtado's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Doc. 1. The Court, having considered the Petition, having held a hearing on November 23, 2026, and being otherwise fully informed, denies Sobalvarro Hurtado's request for release, but grants his request for an individualized bond hearing.[1] Sobalvarro Hurtado's motion to expedite consideration, Doc. 2, and motion against removal while awaiting resolution of this habeas proceeding, Doc. 3, are both dismissed as moot.

The individualized bond hearing shall take place within fourteen days of entry of this order. A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

[1] In habeas corpus proceedings, "a federal court 'possesses power to grant any form of relief necessary to satisfy the requirement of justice.'" *Burton v. Johnson*, 975 F.2d 690, 693 (10th Cir. 1992) (emphasis omitted) (quoting *Levy v. Dillon*, 415 F.2d 1263, 1265 (10th Cir. 1969)).